UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MONEY LANOS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 4:04CV1019 HEA |
| | ) | |
| DAVE DORMIRE and JEREMIAH W. | ) | |
| "JAY" NIXON, | ) | |
| | ) | |
| Respondents, | ) | |

## **JUDGMENT**

In accordance with the Opinion, Memorandum and Order entered this same

date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

Petition of Money Lanos for Writ of Habeas Corpus is denied.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the

Court will not issue a Certificate of Appealability.

Dated this 31st day of August, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE